## WILLIAMS v. BROGDON.

FISH, C. J. The verdict was not demanded by the evidence, and therefore the case falls within the well-settled rule, now embodied in the Civil Code, § 5585, that "The first grant of a new trial will not be disturbed by the Supreme Court, unless the plaintiff in error shows that the judge abused his discretion in granting it, and that the law and the facts require the verdict notwithstanding the judgment of the presiding judge."    *Judgment affirmed. All the Justices concur.*

Submitted June 24,—Decided December 24, 1909.

Complaint.    Before Judge Brand.    Gwinnett superior court, December 16, 1908.

*N. L. Hutchins,* for plaintiff.    *M. D. Irwin,* for defendant.